UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL GONZALES

                Plaintiff,

  v.

PALO ALTO LABS

                Defendant.
_____/

No. C 10-02456 MEJ

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

     On August 5, 2010, Plaintiff electronically filed a motion for default judgment. (Dkt. #8.) However, Plaintiff has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents. **ALL CHAMBERS COPIES OF ELECTRONICALLY FILED DOCUMENTS MUST INCLUDE ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM.**

     IT IS SO ORDERED.

Dated: September 3, 2010

                                          _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge