UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL GONZALES,

          Plaintiff,

  v.

PALO ALTO LABS,

          Defendant.
_____/

No. C 10-2456 MEJ)

**NOTICE OF REFERENCE**

     Pending before the Court is Plaintiff's Motion for Default Judgment, scheduled for a hearing on September 23, 2010 at 10:00 a.m. As Defendant has not filed an opposition, Plaintiff shall file detailed proposed findings of fact and conclusions of law, **which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), as well as provide the basis for the Court's subject matter and personal jurisdiction**, by September 16, 2010. Plaintiff shall ensure that a copy of the proposed findings is emailed to mejpo@cand.uscourts.gov. The Court prefers that proposed findings be emailed in WordPerfect format; however, Microsoft Word format is also acceptable.

     Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: September 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge